Dismissed and Memorandum Opinion filed December 21, 2006








Dismissed
and Memorandum Opinion filed December 21, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00868-CV

____________

 

BROOKER INCORPORATED, Appellant

 

V.

 

INTERNATIONAL COMMODITY CARRIERS,
INC. and 

MIKE OGASHI d/b/a MC
TRANSPORTATION, Appellees

 



 

On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 2005-40335

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 11, 2006.  On December 15, 2006,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
December 21, 2006.

Panel consists of Chief Justice Hedges and Justices Fowler and Edelman.